IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| W. STEVE SMITH, TRUSTEE, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-05-1779 |
| § | |
| AMERICAN FOUNDERS FINANCIAL, § | |
| CORP, *et al.,* § | |
| § | |
| Defendants. § | |

**ORDER ADMINISTRATIVELY CLOSING CASE**

On August 27, 2007, this court granted the parties' joint motion to approve and implement the compromise settlement agreement and release. That order stated that once the Bankruptcy Court presiding over the estates and the Receivership Court presiding over the Vesta Fire Receivership had approved the compromise settlement agreement and release, this court would enter an agreed order of dismissal. Since then, the Bankruptcy Court has approved the compromise settlement agreement and release. This court has not yet been informed that the Receivership Court has acted.

Pending the decision of the Receivership Court, this case is administratively closed and pending motions denied, without prejudice. The case may be reinstated to the active docket and any pending motions reurged within ten days after the Receivership Court decides whether to approve the compromise settlement agreement and release.

SIGNED on January 28, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge